# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC, <br>     Plaintiff, <br>        v. <br> Best Buy Co., Inc., et al., <br>     Defendants. <br> And Related Counterclaims | 2:10-cv-06752-AHM (AGRx) <br><br> Order of Dismissal of Remaining 35 U.S.C. §285 claim with prejudice <br><br> Judge Matz |

Pursuant to a stipulation of counsel, it is ordered that the remaining claim under 35 U.S.C. §285 is dismissed with prejudice under FED. R. CIV. P. 41.

Each party will bear its own costs and attorneys' fees.

Dated: June 23, 2011

_____
United States District Judge

Order Dismissing Remaining 35 U.S.C. §285 Claim     1     EAST\44997212.1